No. 11,701.

BONHAM v. TIPTON.

Decided September 19, 1927.

Action for damages for assault. Judgment for defendant.

*Reversed.*

1. ASSAULT—*Trial—Procedure.* In an action for damages for assault, the defendant having testified that he committed the assault and there being no plea nor evidence of justification or excuse, it was the duty of the court to direct a verdict for plaintiff, leaving to the jury the question of damages only.

2. APPEAL AND ERROR—*New Trial—Assignment of Errors.* In an action for damages for assault, where defendant admitted the assault without any plea of justification and the verdict was for defendant, objection in the motion for new trial and assignment of errors that the verdict was contrary to the evidence, held sufficiently definite to cover the point on review.

*Error to the District Court of Saguache County, Hon.
J. C. Wiley, Judge.*

Mr. JESSE STEPHENSON, for plaintiff in error.

Mr. JOHN I. PALMER, for defendant in error.

*Department One.*

MR. JUSTICE DENISON delivered the opinion of the court.

BONHAM sued Tipton for assault; there was a verdict
for defendant and Bonham brings error.

The defendant testified that he committed the assault,
and there was neither plea nor evidence of justification
or excuse; the court should, therefore, have directed a
verdict for plaintiff, and left to the jury the question
of damages only.

It is objected that neither the motion for new trial
nor the assignment of errors covers this point, but one
ground in the motion is that the verdict is contrary to
the evidence, which, in this particular case, states the
exact situation. See *Leadville v. McDonald,* 67 Colo. 131,
135, 186 Pac. 715, and the assignment sets it forth more
definitely.

The judgment is reversed and the district court di-
rected to submit only the amount of damages to a jury
and render judgment for plaintiff for such sum as they
may fix.

MR. CHIEF JUSTICE BURKE, MR. JUSTICE WHITFORD and
MR. JUSTICE SHEAFOR concur.